UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALOD DAVOODI,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESNUT et. al,<br><br>Respondents. | No.  1:26-CV-00033-DC-DMC (HC)<br><br><br>ORDER |

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In accordance with the directive to meet and confer to agree upon a briefing schedule, ECF No. 6, parties filed a joint status report, ECF No. 10.

The Court will adopt the proposed schedule, as follows: Respondents' response to the petition is due on or before February 12, 2026, and Petitioner's reply is due March 5, 2026.

IT IS SO ORDERED.

Dated:  January 27, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1