UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALOD DAVOODI,

        Petitioner,

    v.

CHRISTOPHER CHESNUT et. al,

        Respondents.

No.  1:26-CV-00033-DC-DMC (HC)

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents filed an answer, ECF No. 12, Petitioner filed a reply, ECF No. 13. Following parties briefing, the District Judge denied Petitioner's motion for temporary restraining order, ECF No. 18. In light of the District Judge's decision, the undersigned directs parties to file supplemental briefing, if any, within seven days of the date of this order.

SO ORDERED.

Dated:  April 7, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1