UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALOD DAVOODI,

      Petitioner,

      v.

CHRISTOPHER CHESNUT et. al,

      Respondents.

No.  1:26-CV-00033-DC-DMC (HC)

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The District Judge granted Petitioner's motion for temporary restraining order, ECF No. 24, ordering Petitioner's immediate release. Accordingly, Respondents are directed to file a notice of compliance with the District Judge's order within five (5) days of the date of this order.

Separate and in addition to the notice of compliance ordered herein, the parties shall inform the Court within fourteen (14) days if they seek additional briefing on any pending issue.

      IT IS SO ORDERED.

Dated:  May 18, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1